IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON A. GOODWIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>N.D.C.S. MEDICAL, KEITH P. HUGHES, M.D. hired surgeon; SOUTHWEST LINCOLN SURGERY CENTER, KATHRYN SCHULZ, Individual and Official capacities; DR. JEFFREY KASSELMAN, M.D., Individual and Official capacities; JEFFREY A. DAMME, M.D., Individual and Official capacities; BRENDA HAITH, P.A., Individual capacity; CHERYL FLINN, P.A. C, Individual capacity; G. HUSTAD, M.D., Individual and Official capacities; JUVET CHE, M.D., Individual and Official capacities; RANDY KOHL, M.D., Individual and Official capacities; STRASBURGER, D.R., Individual and Official capacities; DAVID SAMANI, M.D., Individual and Official capacities; CHAMBERLAN, D.R., Individual and Official capacities; and WENDY KARS, LPN, Individual capacity;<br><br>　　　　　Defendants. | **4:19CV3114**<br><br>**ORDER** |

IT IS ORDERED that:

1.　Plaintiff's Motion for Extension of Time (filing 20) is denied as moot. Plaintiff's Amended Complaint was filed in this court on August 5, 2020.

2. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (filing 22) is denied as moot. Plaintiff already has been granted leave to proceed IFP. (Filing 9.)

3. Plaintiff is advised that the next step in Plaintiff's case will be for the court to conduct a review of Plaintiff's claims in his Amended Complaint to determine whether summary dismissal is appropriate under 28 U.S.C. §§ 1915(e)(2) and 1915A. The court will conduct this review in its normal course of business.

Dated this 10th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge