IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON A. GOODWIN, <br><br> Plaintiff, <br><br> vs. <br><br> KEITH P. HUGHES, M.D. hired surgeon, Individual capacity; KATHRYN SCHULZ, Individual capacity; DR. JEFFREY KASSELMAN, M.D., Individual capacity; JEFFREY A. DAMME, M.D., Individual capacity; BRENDA HAITH, P.A., Individual capacity; CHERYL FLINN, P.A. C, Individual capacity; G. HUSTAD, M.D., Individual capacity; JUVET CHE, M.D., Individual capacity; RANDY KOHL, M.D., Individual capacity; STRASBURGER, D.R., Individual capacity; and DAVID SAMANI, M.D., Individual capacity; <br><br> Defendants. | **4:19CV3114** <br><br> **ORDER** |

This matter is before the court on the motions by various Defendants seeking additional time to file a responsive pleading. Defendant Keith P. Hughes, M.D., seeks a 60-day extension of time to October 30, 2021,[1] to file a responsive pleading. (Filing 45.) Plaintiff has agreed only to an extension of 30 days. (*Id.* at CM/ECF p. 2, ¶ 5; *see also* Filing 40.) Defendants Dr. Jeffrey Kassleman, M.D.; Jeffrey A. Damme, M.D.; Brenda Haith, P.A.; Cheryl Flynn; and Randy Kohl, M.D., request a 30-day extension of time to September 30, 2021, to file their responsive pleadings. (Filing 46.) Upon careful consideration,

---

[1] The court notes that October 30, 2021 is a Saturday.

IT IS ORDERED that:

1. The motion for extension (filing 45) filed by Defendant Keith P. Hughes, M.D., is granted. Dr. Hughes shall have until **October 29, 2021**, to file a responsive pleading.

2. The motion for extension (filing 46) filed by Defendants Dr. Jeffrey Kassleman, M.D.; Jeffrey A. Damme, M.D.; Brenda Haith, P.A.; Cheryl Flynn; and Randy Kohl, M.D., is granted. Defendants shall have until **September 30, 2021**, to file their responsive pleadings.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 30, 2021**: answer deadline for Kassleman, Damme, Haith, Flynn, and Kohl.

4. The Clerk of Court is directed to set a pro se case management deadline using the following text: **October 29, 2021**: answer deadline for Hughes.

Dated this 3rd day of September, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge