IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON A. GOODWIN, | |
| Plaintiff, | **4:19CV3114** |
| vs. | |
| KEITH P. HUGHES, M.D. hired surgeon, Individual capacity; KATHRYN SCHULZ, Individual capacity; DR. JEFFREY KASSELMAN, M.D., Individual capacity; JEFFREY A. DAMME, M.D., Individual capacity; BRENDA HAITH, P.A., Individual capacity; CHERYL FLINN, P.A. C, Individual capacity; G. HUSTAD, M.D., Individual capacity; JUVET CHE, M.D., Individual capacity; RANDY KOHL, M.D., Individual capacity; STRASBURGER, D.R., Individual capacity; and DAVID SAMANI, M.D., Individual capacity; | **ORDER** |
| Defendants. | |

    This matter is before the court on the motions by Defendants Dr. Scott Strasburger and Kathryn Schulz, PA-C, seeking additional time to file a responsive pleading. Defendant Dr. Scott Strasburger requests a 30-day extension of time to October 8, 2021, to file his responsive pleading. (Filing 55.) Defendant Kathryn Schulz, PA-C, seeks a 60-day extension of time to November 9, 2021, to file a responsive pleading. (Filing 57.) Plaintiff has agreed only to an extension of 30 days. (*Id*. at CM/ECF p. 2, ¶ 8; *see also* Filing 52.) Counsel for Defendant Schulz has also been retained to represent Defendant Dr. Keith P. Hughes in this matter, who requested and received an extension of his answer deadline to October 29,

2021. Counsel seeks a similar extension for Ms. Schulz in order to prepare a joint response. Upon careful consideration,

IT IS ORDERED that:

1. The motion for extension (filing 55) filed by Defendant Dr. Scott Strasburger is granted. Dr. Strasburger shall have until **October 8, 2021**, to file a responsive pleading.

2. The motion for extension (filing 57) filed by Defendant Kathryn Schulz, PA-C, is granted in part, and denied in part. Ms. Schulz shall be granted a 50-day extension to **October 29, 2021**, to file her responsive pleading, which coincides with Dr. Hughes' deadline.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **October 8, 2021**: answer deadline for Strasburger.

4. The Clerk of Court is directed to set a pro se case management deadline using the following text: **October 29, 2021**: answer deadline for Schulz.

Dated this 15th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge