IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON A. GOODWIN, | |
| Plaintiff, | **4:19CV3114** |
| vs. | |
| KEITH P. HUGHES, M.D. hired surgeon, Individual capacity; KATHRYN SCHULZ, Individual capacity; DR. JEFFREY KASSELMAN, M.D., Individual capacity; JEFFREY A. DAMME, M.D., Individual capacity; BRENDA HAITH, P.A., Individual capacity; CHERYL FLINN, P.A. C, Individual capacity; G. HUSTAD, M.D., Individual capacity; RANDY KOHL, M.D., Individual capacity; STRASBURGER, D.R., Individual capacity; and DAVID SAMANI, M.D., Individual capacity; | **ORDER** |
| Defendants. | |

On November 19, 2021, Plaintiff filed a motion (filing 86) seeking an extension of 30 days in order to request a copy of the Motion to Dismiss (filing 69) filed by Defendants Keith P. Hughes, M.D., and Kathryn Schulz ("Defendants"). The court previously granted Plaintiff a 30-day extension on November 15, 2021, to respond to Defendants' Motion to Dismiss, and his response is not due until December 20, 2021. (Filing 85.) On November 22, 2021, Defendants filed a Notice of Service to give notice of their re-service of their Motion to Dismiss, Supporting Brief, and Index of Evidence on Plaintiff by certified mail on November 16, 2021. (Filing 87.) Given Defendants' re-service of the relevant materials and the previous extension of time granted by the court,

IT IS ORDERED that Plaintiff's motion for extension of time (filing 86) is denied as moot. Plaintiff has until December 20, 2021 to respond to the Motion to Dismiss filed by Defendants Keith P. Hughes, M.D., and Kathryn Schulz.

Dated this 24th day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge