IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON A. GOODWIN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KEITH P. HUGHES, M.D. hired surgeon, Individual capacity; KATHRYN SCHULZ, Individual capacity; DR. JEFFREY KASSELMAN, M.D., Individual capacity; JEFFREY A. DAMME, M.D., Individual capacity; BRENDA HAITH, P.A., Individual capacity; CHERYL FLINN, P.A. C, Individual capacity; G. HUSTAD, M.D., Individual capacity; RANDY KOHL, M.D., Individual capacity; STRASBURGER, D.R., Individual capacity; and DAVID SAMANI, M.D., Individual capacity;<br><br>                    Defendants. | **4:19CV3114**<br><br><br><br>**ORDER** |

       This matter is before the court on the Motion to File with Restricted Access filed by Defendant David Samani, M.D. ("Dr. Samani"). (Filing 88.) Pursuant to NECivR 5.3(c), Dr. Samani asks the court to restrict access to his Brief in Support of Motion for Summary Judgment and the evidence attached thereto. (*See* Filing 91.) Upon consideration,

IT IS ORDERED that:

1. Defendant Dr. Samani's Motion to File with Restricted Access (filing 88) is granted. Dr. Samani's Brief in Support of Motion for Summary Judgment (filing 91) and the evidence attached thereto shall be filed under restricted access.

2. Plaintiff is advised that his brief in opposition to Dr. Samani's Motion for Summary Judgment (filing 89) is due on December 15, 2021, unless the court extends the time in which he has to file his brief in response to a written motion. Plaintiff may also file a properly supported motion to obtain additional time to respond to Dr. Samani's summary judgment motion and conduct discovery pursuant to Federal Rule of Civil Procedure 56(d) as the court will also enter a progression order on this date providing for discovery and other progression matters.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **December 15, 2021**: Petitioner's brief in response due.

Dated this 9th day of December, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge