IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON A. GOODWIN,<br><br>    Plaintiff,<br><br> vs.<br><br>KEITH P. HUGHES, M.D. hired surgeon, Individual capacity; KATHRYN SCHULZ, Individual capacity; DR. JEFFREY KASSELMAN, M.D., Individual capacity; JEFFREY A. DAMME, M.D., Individual capacity; BRENDA HAITH, P.A., Individual capacity; CHERYL FLINN, P.A. C, Individual capacity; G. HUSTAD, M.D., Individual capacity; RANDY KOHL, M.D., Individual capacity; STRASBURGER, D.R., Individual capacity; and DAVID SAMANI, M.D., Individual capacity;<br><br>    Defendants. | 4:19CV3114<br><br>ORDER |

  IT IS ORDERED that the Motion to Withdraw (filing 94) filed by Attorney Danielle E. Forsgren is granted. Attorney Danielle E. Forsgren is removed as counsel of record for Defendant Scott Strasburger, M.D.

  Dated this 9th day of December, 2021.

                    BY THE COURT:

                    *Richard G. Kopf*

                    Richard G. Kopf
                    Senior United States District Judge