IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON A. GOODWIN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>KEITH P. HUGHES, M.D. hired surgeon, Individual capacity; KATHRYN SCHULZ, Individual capacity; DR. JEFFREY KASSELMAN, M.D., Individual capacity; JEFFREY A. DAMME, M.D., Individual capacity; BRENDA HAITH, P.A., Individual capacity; JUVET CHE, M.D., Individual capacity; RANDY KOHL, M.D., Individual capacity; and DAVID SAMANI, M.D., Individual capacity;<br><br>                    Defendants. | **4:19CV3114**<br><br><br>**ORDER** |

This matter is before the court on the Motion for Leave to Take Deposition of Plaintiff filed by Defendants Keith P. Hughes, M.D., and Kathryn Schulz. (Filing 128.) Plaintiff is currently committed to the custody of the Nebraska Department of Correctional Services and housed at the Tecumseh State Correctional Institution. Upon careful consideration,

IT IS ORDERED that: Defendants' Motion for Leave to Take Deposition of Plaintiff (filing 128) is granted. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants are granted leave of this court to take the deposition of Plaintiff Brandon A. Goodwin at the Tecumseh State Correctional Institution.

Dated this 16th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2