IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON A. GOODWIN, <br><br> Plaintiff, <br><br> vs. <br><br> KEITH P. HUGHES, M.D. hired surgeon, Individual capacity; KATHRYN SCHULZ, Individual capacity; DR. JEFFREY KASSELMAN, M.D., Individual capacity; JEFFREY A. DAMME, M.D., Individual capacity; BRENDA HAITH, P.A., Individual capacity; JUVET CHE, M.D., Individual capacity; RANDY KOHL, M.D., Individual capacity; and DAVID SAMANI, M.D., Individual capacity; <br><br> Defendants. | 4:19CV3114 <br><br> MEMORANDUM AND ORDER |

    The undersigned's chambers received a call from counsel for Defendants Keith P. Hughes, M.D., and Kathryn Schulz stating that Plaintiff has been moved to another area of the prison and no longer has all of his documents for this case. Counsel inquired how and/or when the case can proceed in light of this.

    A progression order (filing 98) has been entered in this case and the parties are currently conducting discovery. There are two pending motions to dismiss (filings 66 & 69) and one pending motion for summary judgment (filing 89) that are fully briefed and submitted which the court will rule on in due course. To the extent any of the Defendants or Plaintiff require some kind of relief or additional time in light of Plaintiff's situation, they may file an appropriate motion. As no party is presently asking for any type of relief from the court, the court will not grant any relief or provide any advisory opinions on how this case may proceed.

IT IS THEREFORE ORDERED that the court will take no action on the inquiry from defense counsel.

Dated this 18th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge