IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON A. GOODWIN, | |
| Plaintiff, | **4:19CV3114** |
| vs. | |
| KEITH P. HUGHES, M.D. hired surgeon, Individual capacity; KATHRYN SCHULZ, Individual capacity; DR. JEFFREY KASSELMAN, M.D., Individual capacity; JEFFREY A. DAMME, M.D., Individual capacity; and JUVET CHE, M.D., Individual capacity; | **ORDER** |
| Defendants. | |

In light of the pending dispositive Motions for Summary Judgment (filings 147 & 150), which involve the issue of qualified immunity from suit,

IT IS ORDERED:

1. The deadlines related to the Final Pretrial Conference Order (filing 98) are suspended until further order of the court;

3. The Final Pretrial Conference scheduled for July 26, 2022, is continued until further order of the court; and

4. The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.

Dated this 1st day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge