IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRANDON A. GOODWIN,

                    Plaintiff,

          vs.

N.D.C.S. MEDICAL, KEITH P. HUGHES,
M.D. hired surgeon, Individual capacity;
SOUTHWEST    LINCOLN    SURGERY
CENTER, KATHRYN SCHULZ, Individual
capacity;  DR.  JEFFREY  KASSELMAN,
M.D., Individual capacity; JEFFREY A.
DAMME,    M.D.,    Individual    capacity;
BRENDA HAITH, P.A., Individual capacity;
CHERYL FLINN, P.A. C, Individual capacity;
G.  HUSTAD,  M.D.,  Individual  capacity;
JUVET  CHE,  M.D.,  Individual  capacity;
RANDY  KOHL,  M.D.,  Individual  capacity;
STRASBURGER, D.R., Individual capacity;
DAVID  SAMANI,  M.D.,  Individual  capacity;
CHAMBERLAN, D.R., Individual and Official
capacities;  and  WENDY  KARS,  LPN,
Individual capacity;

                    Defendants.

4:19CV3114


MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time to File Appeal.  Filing No. 194.  A district court may extend the time to file a notice of appeal if a party moves for an extension of time and shows excusable neglect or good cause, provided that the party moves for the extension of time within 30 days of the expiration of the 30-day period set out in Federal Rule of Appellate Procedure 4(a)(1)(A).  Fed. R. App. P. 4(a)(5)(A).

Plaintiff's Motion for Extension was timely filed on November 27, 2023.  Liberally construed, Plaintiff seeks an extension of time to file his appeal because "restraints [on]

legal law library time afforded" to him have impeded him from "properly" filing an appeal.
Filing No. 194.  Upon consideration, the Court finds Plaintiff has shown good cause and
will grant Plaintiff's request for an extension of time.  While Plaintiff requests a 60-day
extension to file his appeal, the Court may only grant Plaintiff an extension of 14 days
after the date this order is entered.  Fed. R. App. P. 4(a)(5)(C) ("No extension under this
Rule 4(a)(5) may exceed 30 days after the prescribed time [to appeal] or 14 days after
the date when the order granting the motion is entered, whichever is later.").  Thus,
Plaintiff has until December 14, 2023, to file a timely notice of appeal.[1]

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for Extension of Time to File Appeal, Filing No. 194, is
granted.  Plaintiff shall have until **December 14, 2023**, to file a timely notice of appeal.
To that end, Plaintiff may utilize the form notice of appeal enclosed with this order.

2.      The Clerk of Court is directed to send to Plaintiff the form notice of appeal
(civil).

3.      The Clerk of Court is directed to set a pro se case management deadline
using the following text: **December 14, 2023**: deadline to file notice of appeal.

---

[1] Federal Rule of Appellate Procedure 4(c) provides with respect to appeals filed by inmates confined in
an institution:

(1) If an institution has a system designed for legal mail, an inmate confined there must
use that system to receive the benefit of this Rule 4(c)(1).  If an inmate files a notice of
appeal in either a civil or a criminal case, the notice is timely if it is deposited in the
institution's internal mail system on or before the last day for filing and:
    (A) it is accompanied by:
        (i) a declaration in compliance with 28 U.S.C. § 1746--or a notarized
        statement--setting out the date of deposit and stating that first-class
        postage is being prepaid; or
        (ii) evidence (such as a postmark or date stamp) showing that the notice
        was so deposited and that postage was prepaid; or
(B) the court of appeals exercises its discretion to permit the later filing of a declaration or
notarized statement that satisfies Rule 4(c)(1)(A)(i).

Fed. R. App. P. 4(c).

2

Dated this 30th day of November, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge